Local PLRA Complaint Packet                                                                                          Rev. 5/1/13

# FORM A

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, **42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Gabriel Gray, II
215673
[NOTE: Enter the FULL name and inmate number of each **Plaintiff**]

vs.                                                                    **COMPLAINT**

Loaf-N-Jug
E G Group, et al

[NOTE: Enter the FULL name of each **Defendant**]

I.  **Previous Lawsuits**:
    [NOTE: If there is more than one plaintiff, attach a separate sheet with the information in part I and II below for EACH plaintiff.]

    A.  Have you begun other lawsuits in state or federal court dealing with the <u>same facts</u> involved in this action or have you filed any other lawsuits relating to your imprisonment? Yes ☐  No ☒

    B.  If your answer to A is Yes, please answer questions 1 through 7. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiffs  _____
                        _____

            Defendants  _____
                        _____

        2.  Court : _____
            [NOTE: for federal court lawsuits, name the district and for state court lawsuits, name the county]

        3.  Case Number: _____

        4.  Name of judge to whom lawsuit was assigned: _____

        5.  Disposition of lawsuit, if known: _____
            [NOTE: for example, was the lawsuit dismissed, appealed, or still pending]

Local PLRA Complaint Packet                                                                                          Rev. 5/1/13

      6.      Approximate date lawsuit was filed: _____

      7.      Approximate date lawsuit ended: _____

**II. Place of Present Confinement:** _Cass County Jail, ND_

    A.    Is there a prisoner grievance procedure in this institution? Yes ☐ No ☒

    B.    Did you present the facts relating to your complaint to the institution's prisoner grievance procedure? Yes ☒ No ☐

    C.    If your answer is YES,
        1.    What steps did you take? _I talked to the gas station supervisors and managers_

        2.    What was the result? _Both of them couldn't do anything for me._

    D.    If your answer is NO, explain why not:
_____
_____
_____
_____

    E.    If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ☐ No ☐

    F.    If your answer is YES,
        1.    What steps did you take?
_____
_____
_____
_____

        2.    What was the result?
_____
_____
_____
_____

Local PLRA Complaint Packet                                                                                           Rev. 5/1/13

### III. Parties

[NOTE: In item A below, enter your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, on line B, if any.]

A. Name of plaintiff: Gabriel Gray, II

Address: 222 4th St. N Fargo, ND 58102

B. Additional plaintiffs: _____

[NOTE: In items C-F below, enter the full name of the defendant in the first blank, defendant's official position in the second blank, whether you are suing defendant in both official and individual capacity in third blank and defendant's place of employment in the fourth blank.]

C. Name of Defendant #1: Loaf-N-Jug, 1833 S. University Dr Fargo, ND 58103

Official Position: Corporation

If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?  Yes ☒ No ☐

If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?  Yes ☒ No ☐

Place of Employment: Loaf-N-Jug

D. Name of Defendant #2: EG Group, 1833 S. University Dr Fargo, ND 58103

Official Position: Owner

If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?  Yes ☒ No ☐

If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?  Yes ☒ No ☐

Place of Employment: EG Group

E. Name of Defendant #3: _____

Official Position: _____

If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?  Yes ☐ No ☐

Local PLRA Complaint Packet                                                                                      Rev. 5/1/13

       If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?   Yes ☐  No ☐

       Place of Employment: _____

F.    Name of Defendant #4: _____

      Official Position: _____

      If Defendant is a government official or employee, are you suing the Defendant in his or her official capacity?   Yes ☐  No ☐

      If Defendant is a government official or employee, are you suing the Defendant in his or her individual capacity?   Yes ☐  No ☐

      Place of Employment: _____

G.    Additional Defendants :    Use a separate sheet of paper. Write the heading **PART II CONTINUED** at the top of that sheet. For each additional defendant list:
            Name
            Official Position
            Suing in Official and/or Individual Capacity
            Place of Employment

## IV.   Jurisdiction

This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C.§1343(a)(3). Plaintiff(s) allege(s) that the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

Local PLRA Complaint Packet                                                                 Rev. 5/1/13

V.   **Statement of Claim**

   A.   Claim No. 1: [NOTE: State here <u>as briefly as possible</u> the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

   Are you claiming any physical injury? Yes ☑  No ☐   If yes, please describe.

   On or about October 2024 I bought a prepaid debit card and loaded money in it. The gas station said it was activated. When I went to the hotel to pay off my room fee, the card was declined. I went back to the store and they told me to come back for the supervisor and I give the supervisor the card and never got it back nor the money nor the reciept

   B.   Claim No. 2: [NOTE: State here <u>as briefly as possible</u> the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

   Are you claiming any physical injury? Yes ☑  No ☐   If yes, please describe.

   On or about October after, I went back to the supervisor at the store. The supervisor lied about giving me back my netspend card. I never got any back money, my debit card and I was kicked out of my motel into the streets with no money or a place to stay. And it had just begun winter.

Local PLRA Complaint Packet                                                                                          Rev. 5/1/13

    C.    Claim No. 3: [NOTE: State here <u>as briefly as possible</u> the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

Are you claiming any physical injury? Yes ☒  No ☐  If yes, please describe.

After getting kicked out of my motel because the defendant didn't reimburse me my money I had to stay in the cold for the during the whole day and night and I caught cold and almost froze to death because of how cold it was and the failure of the store to give me my money back

    D.    Claim No. 4: [NOTE: State here <u>as briefly as possible</u> the basis for your claim, including the facts of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.]

Are you claiming any physical injury? Yes ☒  No ☐  If yes, please describe.

The store discriminated against me and were cruel and unjust because it was a very cold time in the winter and attempted to even get me kicked out of the store, even going to the extent of calling the law to get me arrested for telling the truth.

Local PLRA Complaint Packet                                                                                   Rev.5/1/13

    E.    Additional Claims:   Attach an extra sheet <u>if necessary</u>, and write the heading **PART V CONTINUED** at the top of that sheet

## VI. Relief

[NOTE: State briefly <u>exactly what you want the Court to do for you</u>.]

I would like the court to grant me, discrimination, defamation, cruel and unusual punishment, emotional stress, physical injury, failure to intervene, loss of wages, failure to properly train their supervisors. I am also seeking $10 million in punitive damages.

## VII. Signature(s) of Plaintiff(s)

Signed this **23rd** day of **May**, 20**24**.

_[signature]_
(Signature of Plaintiff)

Signatures of additional plaintiffs, if any: